ACCEPTED
03-14-00593-CV
3710898
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 11:24:29 AM
JEFFREY D. KYLE
CLERK

## KERR, HENDERSHOT & CANNON, P.C.

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
1800 BERING DRIVE, STE. 600
HOUSTON, TEXAS 77057
TELEPHONE (713) 783-3110
FAX: (713) 783-2809

CHRISTY L. MARTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/9/2015 11:24:29 AM
JEFFREY D. KYLE
Clerk

January 9, 2015

Jeffrey D. Kyle, Clerk
Liz Talerico, Deputy Clerk
Court of Appeals
Third District of Texas at Austin
Austin, Texas 78711-2547

Re:     Court of Appeals Number:     03-14-00593-CV
        Trial Court Case Number:     14-0486-C26

*Comed Medical Systems Co., Ltd., d/b/a GEMSS Medical and GEMSS North America, Inc., f/k/a GEMSS USA, Inc. v. AADCO Imaging, LLC and AADCO Medical, Inc.*

Dear Mr. Kyle:

This is to acknowledge your letter dated January 5, 2015 setting this case for submission on January 28, 2015 at 1:30 p.m.  Christy L. Martin will present oral argument for the Appellants, Comed Medical Systems Co., Ltd. and GEMSS North America, Inc.

If you have any questions concerning this matter, please feel free to contact me.

Respectfully,

   */s/ Christy L. Martin*
Christy L. Martin
SBN: 24041336
cmartin@k-hpc.com
Simon W. Hendershot, III
SBN: 09417200
trey@k-hpc.com
Kerr, Hendershot & Cannon, P.C.
1800 Bering Drive, Suite 600
Houston, Texas 77057
Telephone:  (713) 783-3110
Facsimile:  (713) 783-2809
**ATTORNEYS FOR APPELLANTS**

SWH/clm

cc:     David N. Cole, Esq. - *Via email dcole@colelaw.com*
        Kenneth J. Ferguson - *Via email RKeeton@mcguirewoods.com*